Lynn Hubbard III, SBN 69773
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

Martin Orlick, SBN 083908
**JEFFER, MANGELS, BUTLER & MITCHELL LLP**
One Embarcadero Center, 14th Floor
San Francisco CA 94111
Telephone: 415-398-8080
Facsimile: 415-398-5584
Email: morlick@jmbm.com

Attorney for Defendants LJ Remainder, LLC;
and Lojon Property, LLC

Shane Singh, SBN 202733
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2850 Gateway Oaks Drive, Suite 450
Sacramento, CA 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444
Email: Shane.Singh@lewisbrisbois.com

Attorneys for Defendant
US Food Corporation, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Dodson,<br><br>    Plaintiff,<br><br>    vs.<br><br>US Food Corp., Inc., et al.,<br><br>    Defendants.<br>_____/ | Case No. 2:13-cv-00406-WBS-CKD<br><br>**Joint Stipulation for Dismissal and Order Thereon** |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Robert Dodson, and defendants US Food Corporation, Inc., LJ Remainder, LLC, and Lojon Property, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: February 11, 2014        **LAW OFFICES OF LYNN HUBBARD**

   */s/   Lynn Hubbard            /*
Lynn Hubbard
Attorney for Plaintiff Robert Dodson

Dated: February 11, 2014        **JEFFER, MANGELS, BUTLER & MITCHELL LLP**

   */s/   Martin Orlick            /*
Martin Orlick
Attorney for Defendants LJ Remainder, LLC, and Lojon Property, LLC

Dated: February 11, 2014        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

   */s/   Shane Singh            /*
Shane Singh
Attorney for Defendant US Food Corporation, Inc.

## ORDER

IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, the complaint of plaintiff, USDC Case No. 2:13-cv-00406-WBS-CKD, is dismissed with prejudice in its entirety.

Dated: February 12, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE